■ ANDREW G. ELLIOTT, Appellant, v JAMES D. LOTHROP et al., Respondents.—Judgment, Supreme Court, New York County, entered on March 19, 1976, unanimously affirmed for the reasons given in the opinion of Asch, J., at Special Term, and that the respondent-respondent recover of the appellant $40 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Capozzoli, Lane and Lynch, JJ.

■ AMBER MARITIME CORP., Respondent-Appellant, v KUEHNE & NAGEL, INC., Appellant-Respondent.—Order, Supreme Court, New York County, entered on March 16, 1976, unanimously affirmed for the reasons given by Baer, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Capozzoli, Lane and Lynch, JJ.

■ UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, v COCA-COLA COMPANY et al., Defendants, and E. W. SMITH Co., Respondent.—Order and judgment, Supreme Court, New York County, entered on September 9 and October 15, 1975, respectively, unanimously affirmed for the reasons stated on opinion of Korn, J., at Special Term, and that the defendant-respondent recover of the plaintiff-appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Capozzoli, Lane and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JENKINS, Appellant.—Judgment, Supreme Court, New York County, rendered on April 9, 1974, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Markewich, J. P., Murphy, Birns, Nunez and Lynch, JJ.